No. 654. NATIONAL LABOR RELATIONS BOARD *v.* OCHOA FERTILIZER CORP. ET AL. C. A. 1st Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner.

No. 8, Misc. SEYMOUR *v.* SCHNECKLOTH, PENITENTIARY SUPERINTENDENT. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Washington granted. Case transferred to the appellate docket. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Rembert Ryals,* Assistant Attorney General, for respondent.

No. 571. COLLIER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *O. John Rogge* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 658. UNION LEADER CORP. *v.* NEWSPAPERS OF NEW ENGLAND, INC., ET AL. C. A. 1st Cir. Certiorari denied. *James M. Malloy* and *Ralph Warren Sullivan* for petitioner. *Frank Goldman* for respondents.

No. 664. COHEN ET AL. *v.* HIGHWAY TRUCK DRIVERS & HELPERS, LOCAL 107, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. 3d Cir. Certiorari denied. *Samuel Dash* for petitioners. *Edward B. Bergman* for respondent.